# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| DIRECTV, LLC,<br>*Plaintiff*<br>v.<br>NATHAN HAYNES,<br>*Defendant* | ) ) ) ) ) ) Civil Action No. 2:19-CV-0023-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: The "Arbitrator's final Arbitration Award", ECF No. 1-2, is confirmed.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Petition for Confirmation and Enforcement of Arbitration Award and for Entry of Final Order and Judgment ECF No. 1.

Date: April 25, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen